**DISMISS and Opinion Filed March 19, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00315-CV

### IN THE INTEREST OF B.T., A.T., AND U.C., CHILDREN

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 96091-86**

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

Before the Court is appellant's motion to dismiss this appeal. Pursuant to Texas Rule of

Appellate Procedure 42.1(a)(1), we grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

200315F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF B.T., A.T., AND
U.C., CHILDREN

No. 05-20-00315-CV

On Appeal from the 86th Judicial District
Court, Kaufman County, Texas
Trial Court Cause No. 96091-86.
Opinion delivered by Chief Justice Burns,
Justices Whitehill and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Joseph Terceira recover his costs, if any, of this appeal from
appellant Joey Lynn Terceira.

Judgment entered this day of March 19, 2020.